JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL EUGENE SHAW,<br><br>        Plaintiff,<br><br>   v.<br><br>HEMET TRUE VALUE, INC., et al.,<br><br>        Defendants. | Case No. EDCV 20-195-GW-KKx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

IT IS SO ORDERED.

Dated: June 11, 2020

*George H. Wu*

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE